Thank you. Good morning, everyone. I'm Sarah Slotnick, and I'm the chair of the Board of Trustees at the University of North Carolina. We will attempt to reserve three minutes for rebuttal. This should be for the story's worth. It consists of a few minutes to apologize. The hearing was stopped for disability benefits. It means we ask you to look at the ALJs for any substantial evidence of threat. Also, we intend to address five issues. The first issue, in terms of application planning, has to do with supportive procedures, because there is no serious disability in this case. This Court refuses to sit with the ALJ. We hold up the microphone here. The district court also found that the administrative organization needs some significant evidence. For example, the district court found that each individual submitted evidence. The court also noted that the ALJ, in finding that that is not credible, would raise an amendment to the treatment regime consisting of disability benefits, including hospital care for multiple medical diagnosis, infectious disease, post-suicide in 2006, 2007, 2008, 2009, and 2010. The district court also found that the ALJ, in finding that that is not credible, would raise an amendment to the treatment regime consisting of disability benefits,  infectious disease, post-suicide in 2006, 2007, 2009, and 2010. The district court noted that she said that she was having difficulty sustaining her own business during the pandemic, when she was also dependent on her cardiologist. The ALJ found that the disability was being inconsistent, but there was no inconsistency. There are some areas that the district court did not find resourceful evidence in, and I will address those. For example, the administrative organization found that these factual evidence of disability was not reliable. The district court also found that the ALJ was being skeptical of that particular finding. I want to note that the cardiologist and another medical doctor found that one of the reasons why this was not a good document was that the symptoms were still in her medications. She also suffered some significant anxiety with poor mobility, which clearly was a sign of symptoms. She was subject to testing for the clinical test, so she was also not able to sustain her own retention. And she did some drugs in her life last year. With the change in medication, these symptoms began to slowly increase. Many times, a nurse started reporting that someone seemed to have allowed her to do something to her and not to be questioned. So, the administrative organization took a long time. They were disappointed that they were skeptical of the reported symptoms. But in the years to come, in the years between, and those who were watching early in order to start to report early in order to start to report will have found that her testimony was noted by some security staff as an issue in the top of the records. And it's just not such a good thing. And if you look at the records, you can see that sometimes it wasn't consistent. She had her symptoms. Sometimes she would go without them. So, I can't tell you some results from a lot of her, but I've reported them too much before. So, I can't point you to where the records are, because I don't think it's too early. But I can tell you that when she had some drugs, she was not allowed to take any of these significant medicines. So, sometimes her symptoms were much more vague-looking, and sometimes they were less susceptible. So, she didn't take any significant drugs at the time. The changes in her anxiety and her ability to do research were likely to just be a result of that. And so, we are told that she should stay at home. She doesn't go anywhere without her friends and family. Her friends and family would come to the parish and generally wouldn't go visit her. So, when we look at the records at all, we're not just focusing on the cardinal symptoms. We're listening to people who are looking at men, and we follow the medication side of things. The issue is that these medications could be harmful, and that she, per se, could be able to switch to increasing the pressure on her muscle. But then she increases her medications, which is fine. So, we try to keep a close eye on those reportings without being inconsistent. So, you know, I think the current explanation for it might say something like she's been taking a lot of drugs in the 7th year, and she's been caught in a lot of drugs in her current age. But, you know, to me, this is fine. She's been a lot of drugs in her current age, and that's what's correct. Of course, the symptoms of this can be a lot of different factors, but it's not something that we're seeing. It's just that at one time, it was a very extreme, and there were two doctors in the room. There were three people in the room that were using it. So, it makes no difference to me. It's incorrect. Now, if you want to question my words, you should try to find out which group I'm in. That's the definition of not finding. We have an object-based medication system. It's not a commensal security standard, but it corrects it. It's probably a good thing. It's not a bad thing. It puts a little bit of time and effort into the safety of the symptoms that I have for the day. And that is an explanation. And contrary to those explanations, there is still a report from doctors saying, oh, you have a pretty good explanation, but why is it that you don't need to follow those other explanations? The problem that we can say, too, is that the doctors that do a study on it, the doctors searching for medications, see, according to the doctor, that those medications can change itself. And they seem to be significantly different. So it's not an easy assistance. The doctor gave a one-time question, and it seems positive. He had the information. But he referred to it as there was an explanation. He modified the treatment. And he just started reporting it again. There's no real credibility issue. Okay. There was a lot of responsibility. I should have said that. That's a good suggestion. That's a good suggestion. I don't know why I was suspicious of this one time reporting it with you, Peter. In terms of the symptoms, there were two cases where I did actually go up to the sphincter and that was one. And the other was that the doctor said if she was really having symptoms a day, she shouldn't be on the sphincter too much time. But if that symptom didn't show up, he asked her if the symptom didn't show up for days. So in addition to that, she reported that the symptoms only happened when she was switching her positions and she just couldn't put her arm down. She said, I don't know what my symptoms are. It wouldn't have come up. It would have. She said she got a call. But while driving, she said she couldn't put her hand down because she couldn't put her arm down. Which is, this is a much different case than most cases that you might have seen in the past. In the end, I also found that she had missed appointments. There were no appointments. There were no appointments. And she said the doctor told her if I did this, it's only this period of time. And the period that there were no appointments, it shows sometimes it was injuries. It's a lot of injuries. At one point in time, she had no arms. She couldn't keep her arms. She said she couldn't keep her arms. She couldn't keep her arms. And her phone broke. She couldn't keep her phone broke. And it was a lot of people. It was a lot of people. And she continued to speak a lot of medication. Sometimes it would help, but sometimes it wouldn't help. Sometimes pain medication, that was another issue. In 07-67, the tendons began to troll over. All of a sudden, she was abusing her medications. She had suicides. In 07, in August of 07, tendons began to troll over. I don't know how many times in August of 07, she had strong tendons. She had to troll over. But in 07-67, there was no mention of any abuse of medications. And yet, when you negotiate orders, the next time it happens, it's the partner that trolls over. When she talks about her neck pain, she never said that she was able to do surgery. She had surgery for her neck. People reported that the surgery proved to be effective. Anyway, she said that she had surgery for her neck pain, for her tendons, and she said the settings at the clinic and before the surgery had taken some pretty good. They were on the left. They were far at the top. So, when you look at the clinical conditions that are taking them out from different parts of the record, it shows that we have a problem. She treated it and took care of it. And the problem that she had in this section of work and that we focus in on, particularly, is mental. She cannot explain it. We have a report of these. If you look at Social Security's clinicians opinion, those orientations actually can't work because it contains so many things and so many sections. But you have to touch on if you choose to have this opinion that she may have difficulty sustaining her work and supporting her work because she wants to and there are a lot of difficulties with narrating times and situations around the work. It's just not one of those issues. And when we look at the condition of her trachea, there's nothing in the record that says that her trachea is inconsistent with not the doctor's opinion or the medical record and we'll get to that in a second. Those orientations will conclude that she may work and face some mental or suicidal attempts or difficulties with her mood or even her situation. And that's it. That's all I have to say. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Pouring her honors to twelve and that's why I wanted to show you what's coming. Yes, Your Honor, and her prescription to doctors on those drugs can be used by some of the folks in the jury. Absolutely, Your Honor. Absolutely. Thank you. Thank you. It's pretty serious. They have you daily, and they'll have patients who's neurologists in here that's ready to kill you. Her prescription to doctors who are of either substance use or substance abuse, and she wakes up on the floor. As Your Honor recalls, she's reported to have been subjected to cognitive symptoms at the time of death. There's some levels of severity, but these are just some of the subtle points where she's in her high school, so she's not used to this at all. She's a new follower, and she will see that this is serious at first, but as time goes on, she's falling around and unconscious. Yes, Your Honor. And she's so excited that as long as she's in the country where there are teen years, I mean, if it's all of those different levels of severity, maybe that's not a good sign for them if you're passing out, and probably don't think much of that in the future. And if you're smart enough, you're just the biggest person, okay, and it's not over-reported. It appears that she was passing out as though she would be fainting if she was speaking daily. She said that she hopes that a year in policing conversations with her has passed, but if you're passing out daily, please do not be frightened. And she's a Chinese writer, so she did teach Chinese on this representation that regarding the Chinese, it's a big loss. Those who, of course, seem to be not being as frequent were long ago infected with a little over the course of 60 or 80, for almost a year, when she returned to Dr. Smart in May of 2010. She reported it to Dr. Hao Bai, Hao Bai, which for a couple of months of examination, listened to her stories, and she reported that after she complained, and it appears over the weeks, February of 2010, that she told Dr. Kumar in May of 2010 that this was happening daily. So, in terms of the timing, the delta-less frequency was reported earlier, and it wasn't until she talked to Dr. Kumar out of the blue after a year, and he not had any treatment. It wasn't until then that she said, I'm sorry, you're not here daily, and that's why she also reported that the cardiologist, the medication that the cardiologist gave her didn't help at all, and she questioned, well, how did the cardiologist know she had it? She was peculiar. Dr. Kumar, I'm going to read this to you. What's your question? I'm going to ask this question to Dr. Kumar. Maybe, so, I don't know how many days it would be, but there is no research that tells that there were not any districts that used to receive any types of sedatives that would have been supportive of taking care of her health in the morning or in the afternoons. Yes, your analogy did not find that. However, what Dr. Kumar did mention is that the only thing that's possible is practicing care so that if you're seeing a surgical procedure from a TV provider, with Dr. Kumar, it's not clear exactly whether she's actually checking out or, you know, looking for her or whether this is more to be felt. So, is there a reason for you saying that in that way that it's just not an indicator that that's not what's known for any of the other steroids that you've seen that have been mentioned? No, Your Honor, I think we're able to tell you that the body learned that no need for to experience those early heal times after she's performed any work provided to her by her doctor. So, she did not believe that this was safe. She did not find that this was something that would prevent work. And she said that Ms. Kumar, in her honest opinion, before finding a disability, she's experiencing an area where all of that can play into the constructs of these concentrations for about 30 minutes. In fact, the only report she had in the record was that she found that instead of these concentrations lasting about a minute, about a minute goes to contrast this with the 30 minutes which testifies to there's no information on her health body to tell anyone about the whole big deal of this. She didn't find that she was being honest. She found that this was being targeted by particular areas as well. So, I just don't think there's anything on this report that allows us to believe someone who's in this situation has some things in the hospital that are really important          report   believe someone who's in this situation has some things in the hospital that are really important to us. So, I just don't think there's anything on this  that allows   who's in this situation         So, I just don't it does make it 100% different than expected Dr. Robichaux's opinion remains that someone who's in this situation is in a designated form where there's a perception that there's 20 different mental abilities that are really different than the person who's in this situation So,  Robichaux's opinion remains that there's 20 different mental abilities that are really different than the person who's in this situation So, Dr. Robichaux's opinion remains that someone who's in this situation is in a  form   20 different
judges: Gould, Clifton, Watford